RECEIVED
APR - 8 2020
BY MAIL

# United States District Court
## Eastern District of Missouri
## Eastern Division

| | |
|---|---|
| United States<br>Plaintiff | No: 4:19-CR-0751<br>AGF<br>DDN |
| John Roberts<br>Defendant | |

## Emergency Motion for Pre-Trial Release

Now comes the defendant John Roberts In propria persona sui juris, To move this Court To Immediate release due To the risk's of Complications from potential Covid-19 Infections, medical Conditions, and other Compelling reasons to temporaly release the defent from Custody.

Pursuant to titles 18 USC.3142 (i)(4)7). The danger posed to the defendent In Ste Genevieve County Jail by Covid-19 pandemic Constitues an independent Compelling reason to temporaly release from Custody with additions the defendants underlaying medical Conditions of asthma which the Covid-19 virus attacks the respiratory system sleep, depression, and anxiety. On march 23/2020 CDC acknowledge that Correctional and detention facilities present unique challenges for Control of Covid-19

transmission among Incarcerated detained persons, staff and visitors Specifically the CDC noted that many detention conditions create a heightened risk of danger to detainess, these Includes low capacity for patient volume, Insufficient quarentine space Insufficient on site medical staff, Highly Congregational Enviroments, Inability of most patients to leave the facility and limit ability of Incarcerated detained person to Exercise Effective disease prevention measures.(E.G social distaneing, Frequent handwashing, alcohol based hand Sanitizer, and alcohol based cleaning Supply) See https:www.cdc.gov/corona virus/2019-ncov/Community/Correction/detention-guidance correctional-detention.html. On march 26-2020 attorney General Willam Barr Issued a seperate directive ordering the Director of Bureau of prison to prioritze home Confinement as approciate In response to the covid-19 pandemic for Federal Prisoners and Jail Imate. Also the covid-19 pandemic poses a threat to the defendent's ability to prepare for his case due to the facts of the usms restriction on visitations, the Federal Public Defenders working from Home which is makeing It Impossible for the defendant to get In contact with legal counsel.
    United States v. Barkman No 19-cr-0032 Contac In 2020 U.S. Dist. Lexis 45628 at *11 (D. Nev 377-2020 granting Emergency relief amend probation

order to delay Confinement for thirty days because of risks of Infection to both defendant and other Inmates in County Jail.

Relief
Requesting Immediate release, G.P.S and home Confinement, and whatever requirements of Release the court deems nessesary.

Thank You

John M Roberts 72600
#5 Basler Cr
Ste Genevieve MO
63670

ST LOUIS
MO 630
06 APR '20
PM 6 L

FOREVER
USA

Barn Swallow



RECEIVED
APR - 8 2020
BY MAIL

Clerk
111 S 10th St
St Louis MO
63102

MAILED FROM
STE GENEVIEVE
COUNTY
DETENTION CENTER

63102-112E99